THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMUEL D. MANNING, | CASE NO. C18-1568-JCC |
| Plaintiff, | ORDER |
| v. | |
| KING COUNTY DAJD, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the report and recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 57). Judge Theiler recommends that the Court dismiss Plaintiff's complaint (*See id.* at 18.) Plaintiff has not filed objections to the report and recommendation. Having reviewed the report and recommendation and the relevant record, the Court finds Judge Theiler's analysis persuasive. The Court therefore ORDERS as follows:

1. The report and recommendation (Dkt. No. 57) is ADOPTED;
2. Defendants' motion for summary judgment (Dkt. No. 40) is GRANTED;
3. The case is DISMISSED with prejudice; and
4. The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

//

1    DATED this 16th day of January 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE